UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

Anonymous,

                                                                **NOTICE OF REMOVAL**

                              Plaintiff,

                                                              Case No.

            -against-

Kimberly Witmer, Dr. Linda Chen, Norah Ann Lovet, Lucius Young New York City Department of Education (NYC DOE),

                                                      Defendants.

-------------------------------------------------------------------------- X

**TO:    THE UNITED STATES DISTRICT COURT,
         SOUTHERN DISTRICT OF NEW YORK**

        Defendant New York City Department of Education (NYC DOE) ("City Defendant"), by and through its attorney Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, respectfully remove to this Court the State Court Action described below:

        1.    City Defendant is named in a civil action commenced in the Supreme Court of the State of New York, County of New York, Index No. 152147/2024 (the "State Court Action"), setting forth the claims for relief upon which the action is based.

        2.    In the State Court Action, Plaintiff filed a Summons and Complaint on January 19, 2024. On or about May 23, 2024, Plaintiff served the Summons and Complaint on City Defendant.[1] Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons and Complaint is annexed hereto as Exhibit "A."

---

[1] At this time, this office is in the process of confirming service of the individual defendants, Kimberly Wittmer, Dr. Linda Chen, Norah Ann Lovett, and Lucius Young. If the individual defendants were properly served, the undersigned will need time to make a representation decision pursuant to General Municipal Law Section 50-k. Upon information and belief, individual defendants Kimberly Wittmer and Norah Ann Lovett's names are misspelled in the State Action Complaint.

3. In the Complaint, Plaintiff alleges causes of action under 42 U.S.C. § 2000 *et seq.* and 42 U.S.C. § 12101, *et seq.* Accordingly, upon the filing of the Complaint, the above-captioned action is a civil action of which the District Court has original jurisdiction pursuant to 28 U.S.C. § 1331, in that it alleges claims which arise under the laws of the United States. This action is therefore removable to the District Court without regard to the citizenship or residence of the parties, pursuant to 28 U.S.C. §§ 1441 and 1443.

4. This Notice of Removal is timely because it is being filed within thirty (30) days of service of the Summons and Complaint on City Defendant. See 28 U.S.C. § 1446(b)(3).

5. Pursuant to 28 U.S.C. § 1446(d), the undersigned shall promptly provide Plaintiff with written notice of the filing of this Notice of Removal, and shall file a copy of this Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of New York.

**WHEREFORE,** City Defendant respectfully requests that the above-captioned action be removed from the Supreme Court of the State of New York, New York County, to the United States District Court for the Southern District of New York.

Dated:   New York, New York
         June 3, 2024

**MURIEL GOODE-TRUFANT**
Acting Corporation Counsel of the
City of New York
*Attorney for City Defendant*
100 Church Street, Room, 2-111
New York, New York 10007
(212) 356-2479
rmacioce@law.nyc.gov

By:   */s/ René Louis Macioce*
       René Louis Macioce, Esq.

- 3 -

                                                           Assistant Corporation Counsel

TO:    **Anonymous** (via email and first class mail)
         *Pro Se Plaintiff*
         401 West 25th Street, #3F
         New York, NY 10001