# EXHIBIT J

Case 1:24-cv-04232-JLR    Document 27-1    Filed 07/05/24    Page 1 of 2

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

| PRESENT: | HON. SUZANNE J. ADAMS | PART | 39M |
|---|---|---|---|
| | Justice | | |

-----------------------------------------------------------------X

ANONYMOUS,

                       Plaintiff,

                       - v -

KIMBERLY WITTMER, LINDA CHEN, NORAH ANN LOVETT, LUCIUS YOUNG, NYC DEPARTMENT OF EDUCATION,

                       Defendant.

-----------------------------------------------------------------X

| INDEX NO. | 152147/2024 |
|---|---|
| MOTION DATE | 05/07/2024 |
| MOTION SEQ. NO. | 001 |

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 001) 6, 95, 124 were read on this motion to/for     STRUCTURED SETTLEMENT - TRANSFER    .

    Upon the foregoing documents, it is ordered that plaintiff's motion is denied without prejudice. This matter has been removed to the United States District Court for the Southern District of New York, Docket No. 24-cv-04232, thereby divesting this court's jurisdiction pursuant to 28 U.S.C. § 1446(d).

    Accordingly, it is hereby

    ORDERED that plaintiff's motion is denied without prejudice; and it is further

    ORDERED that this matter is stayed pending any remand from the United States District Court for the Southern District of New York.

    This constitutes the decision and order of the court.

| 6/13/2024 | | *SA* |
|---|---|---|
| DATE | | SUZANNE J. ADAMS, J.S.C. |

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
|---|---|---|---|
| | ☐ GRANTED ☐ DENIED | ☐ GRANTED IN PART | ☒ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

152147/2024   ANONYMOUS vs. WITTMER, KIMBERLY ET AL
Motion No. 001

Page 1 of 1