**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of September, two thousand twenty-four.

_____

Anonymous,

        Plaintiff - Appellant,

  v.

New York City Department of Education, Dr. Linda Chen, Kimberly Witmer, Lucious Young, Nora Ann Lovett,

        Defendants - Appellees.

_____

**ORDER**

Docket No. 24-1650

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/4/2024____

    By letter dated August 26, 2024, Appellant informs the Court that they do not wish to proceed with this appeal and request that it be discontinued.

    IT IS HEREBY ORDERED that the request is GRANTED. The appeal is deemed WITHDRAWN.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/04/2024